IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC.,<br>　　　　Plaintiff. | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | Case No: 1:12-CV-00002<br>Judge Amy Berman Jackson |
| UNITED STATES DEPARTMENT<br>OF HOUSING AND URBAN<br>DEVELOPMENT, | )<br>)<br>)<br>)<br>) |  |
| and | ) |  |
| UNITED STATES DEPARTMENT<br>OF JUSTICE, | )<br>)<br>) |  |
| 　　　　Defendants. | )<br>) |  |

## DEFENDANTS' ANSWER

Defendants, United States Department of Housing and Urban Development ("HUD") and United States Department of Justice ("DOJ"), by and through undersigned counsel, hereby answer the numbered paragraphs of Plaintiff's Complaint as follows:

Introductory Paragraphs: The allegations contained in Plaintiff's introductory paragraphs consist of Plaintiff's characterization of its complaint, to which no response is required.

### JURISDICTION AND VENUE

1. The allegations contained in Paragraph 1 consist of Plaintiff's legal conclusions regarding the court's subject matter jurisdiction and personal jurisdiction over the parties, to which no response is required.

2. The allegations contained in Paragraph 2 consist of Plaintiff's legal conclusions regarding whether venue lies in this district, to which no response is required.

## PARTIES

3. The statement in Paragraph 3 consists of Plaintiff's description of its organization, address, and purpose, for which Defendants are without sufficient knowledge to form a belief as to the truth of the allegations.

4. Defendants admit the first two statements in Paragraph 4.  Defendants refer the Court to the text of the Defendants' respective responses to Plaintiffs' administrative appeals regarding Defendants' possession, custody, or control of responsive records.  *See* Pl. Exhibits 2, 4.

## STATEMENT OF FACTS

5. With respect to the first sentence, Defendants HUD and DOJ admit that Plaintiff submitted separate FOIA requests on May 17, 2011.  The remainder of the first sentence characterizes these requests, to which the court is referred for a complete and accurate statement of its contents.  The second through fourth sentences concern the contents of a Huffington Post article to which the court is respectfully referred for a complete and accurate statement of its contents. Defendants HUD and DOJ admit the fifth sentence.

6. Defendant DOJ admits the statement in Paragraph 6.  Defendant HUD is without sufficient knowledge to form a belief as to the truth of the allegations.

7. The allegations in Paragraph 7 are Plaintiff's legal conclusions, to which no response is required.

8. Defendant DOJ admits the statement in Paragraph 8.  Defendant HUD is without sufficient knowledge to form a belief as to the truth of the allegations.

9. Defendant DOJ admits that it sent a letter to Plaintiff on September 22, 2011.  The court is respectfully referred to the letter itself for a complete and accurate statement of its contents.  The remainder of this paragraph constitutes Plaintiff's characterizations of the letter to

which no response is required, and to the extent an answer is required, denied. Defendant HUD is without sufficient knowledge to form a belief as to the truth of the allegations.

10. Defendant DOJ admits the statements in Paragraph 10. Defendant HUD is without sufficient knowledge to form a belief as to the truth of the allegations.

11. Defendant DOJ admits the statements in Paragraph 11. Defendant HUD is without sufficient knowledge to form a belief as to the truth of the allegations.

12. The allegations in Paragraph 12 are Plaintiff's legal conclusions, to which no response is required.

13. Defendant HUD admits the statement in Paragraph 13. Defendant DOJ is without sufficient knowledge to form a belief as to the truth of the allegations.

14. The allegations in Paragraph 14 are Plaintiff's legal conclusions, to which no response is required.

15. Defendant HUD admits that it sent a response to Plaintiff on September 13, 2011. The court is respectfully referred to the letter itself for a complete and accurate statement of its contents. Defendant DOJ is without sufficient knowledge to form a belief as to the truth of the allegations.

16. Defendant HUD admits the statement in Paragraph 16. Defendant DOJ is without sufficient knowledge to form a belief as to the truth of the allegations.

17. Defendant HUD admits the statement in Paragraph 17. Defendant DOJ is without sufficient knowledge to form a belief as to the truth of the allegations.

18. Defendant HUD denies that it failed to produce responsive records not subject to a valid FOIA exemption. The remainder of this paragraph is a legal conclusion to which no response is required.

**COUNT 1**

19. Defendants repeat the above-mentioned responses made in Paragraphs 1 through 19.

20. The allegations in Paragraph 20 are Plaintiff's legal conclusions, to which no response is required, and to the extent an answer is required, denied.

21. Defendants deny the allegations in Paragraph 21.

The remaining paragraph of the Complaint contains Plaintiff's requested relief, to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations contained in the remaining paragraph of the Complaint and further avers that Plaintiff is not entitled to any relief.  Any allegation not specifically addressed is denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant respectfully requests that the relief prayed for in the complaint be denied, and the Complaint be dismissed with prejudice.

Dated:  February 8, 2012                TONY WEST
                                        Assistant Attorney General

                                        RONALD C. MACHEN, JR.
                                        United States Attorney, District of Columbia

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director,
                                        Federal Programs Branch

                                        s/ Bradley H. Cohen

                                        BRADLEY H. COHEN (DC Bar No. 495145)
                                        Trial Attorney
                                        Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        Telephone:  (202) 305-9855

Fax:  (202) 318-0486
Email:  bradley.cohen@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave, N.W.
Washington, D.C. 20001

**ATTORNEYS FOR DEFENDANTS
U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT AND U.S.
DEPARTMENT OF JUSTICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2012, a copy of the foregoing pleading was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record.

    s/ Bradley H. Cohen
    BRADLEY H. COHEN
    Trial Attorney
    Federal Programs Branch
    U.S. Department of Justice, Civil Division
    Telephone:  (202) 305-9855
    Fax:  (202) 318-0486
    Email:  bradley.cohen@usdoj.gov