IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC.,<br>Plaintiff. | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Case No: 12-CV-00002<br>Judge Amy Berman Jackson |
| UNITED STATES DEPARTMENT<br>OF HOUSING AND URBAN<br>DEVELOPMENT and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | |

## NOTICE OF PRODUCTION SCHEDULE

Defendants United States Department of Housing and Urban Development ("HUD") and United States Department of Justice ("DOJ"), pursuant to the Court's Order dated February 9, 2012, anticipate producing any additional potentially responsive documents within twenty-one (21) days, or by **March 29, 2012**. Defendants have informed Plaintiff of this schedule. This additional amount of time should allow the Plaintiff to review these documents, and Defendants will submit a status report to the court at that time.

Respectfully Submitted,

Dated: March 8, 2012

TONY WEST
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney, District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director,

Federal Programs Branch

s/ Bradley H. Cohen

BRADLEY H. COHEN (DC Bar No. 495145)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 305-9855
Fax:  (202) 318-0486
Email:  bradley.cohen@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave, N.W.
Washington, D.C. 20001

**ATTORNEYS FOR DEFENDANTS**
**U.S. DEPARTMENT OF HOUSING AND**
**URBAN DEVELOPMENT AND U.S.**
**DEPARTMENT OF JUSTICE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2012, a copy of the foregoing pleading was filed electronically via the Court's ECF system, which sent a copy of the pleading to counsel of record.

s/ Bradley H. Cohen
BRADLEY H. COHEN
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone: (202) 305-9855
Fax: (202) 318-0486
Email: bradley.cohen@usdoj.gov
